IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND　　　　Plaintiffs,　v.　MEADOWS DOOR, INC.　　　　Defendant. | CASE NO. 08-CV-3090　JUDGE COAR |

## MOTION FOR DEFAULT JUDGMENT

　　　　Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

　　　　1.　　Plaintiffs filed their complaint on May 28, 2008 and the summons and complaint were served on Robert D. Gerstein, Registered Agent, on June 9, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

　　　　2.　　The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

　　　　3.　　At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

　　　　4.　　The Defendant failed to remit reports and contributions for the period January 2008 through May 2008. Based on the company's previous contribution history, the Trust Funds estimate that the company owes an amount of $ 117,397.50. The Defendant also failed to remit

the union dues it withheld from the employees' wages. The amount of dues withheld is $ 8,062.00 for the period January 2008 through May 2008. (**Exhibit B, Affidavit of James Rosemeyer**)

5. The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $ 6,267.93 for the period December 2007 through May 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). (**Exhibit B**)

6. The Defendant owes the sum of $ 1,855.00.00 for necessary and reasonable attorney fees and costs of $ 405.00.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (**Exhibit C, Affidavit of David P. Lichtman**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $ 133,987.43.

Respectively submitted,

/s/ David P. Lichtman
Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

CASE NUMBER: 08CV3090

V.

ASSIGNED JUDGE: **JUDGE COAR**

MEADOWS DOOR, INC.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

MEADOWS DOOR, INC.
c/o Robert Gerstein, registered agent
707 LAKE COOK ROAD
DEERFIELD, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 29, 2008

Date



| | | |
|---|---|---|
| **ClientCaseID:** N7687 DPL<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 6/18/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08CV3090**

**I, BARNETT S. KOLTON**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Meadows Door, Inc.**
PERSON SERVED **ROBERT D. GERSTEIN (REGISTERED AGENT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/9/08

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE   **Race** WHITE   **Age** 51
**Height** 5'9"   **Build** MEDIUM   **Hair** BLACK

**LOCATION OF SERVICE**   **707 Lake Cook Rd.**
**Deerfield, IL, 60015**

Date Of Service  6/9/08          Time of Service  11:35 AM

*Barnett S. Kolton*
BARNETT S. KOLTON                 6/10/2008
**Special Process Server**
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Barnett S. Kolton*

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br><br> MEADOWS DOOR, INC., <br><br> Defendant. | CASE NO. 08-CV-3090 <br><br> JUDGE COAR |

### DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5. The Defendant failed to remit reports and contributions for the period January 2008 through May 2008. Based on the company's previous contribution history, we have estimated that the company owes $117,397.50 in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $8,062.00 for the period January 2008 through May 2008.

6. Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $6,267.93 for the period December 2007 through May 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: 6/27/08

_____
James Rosemeyer, Contributions Manager

24254  MEADOWS DOOR INC
   830 COMMERCE PARKWAY
   CARPENTERSVILLE IL 60110

ESTIMATED AMOUNTS OWED

|  | FRINGES | DUES | LD'S |
|---|---|---|---|
| Dec-07 | $0.00 | $0.00 | $877.04 |
| Jan-08 | $23,479.50 | $1,612.40 | $1,814.97 |
| Feb-08 | $23,479.50 | $1,612.40 | $1,441.64 |
| Mar-08 | $23,479.50 | $1,612.40 | $1,073.01 |
| Apr-08 | $23,479.50 | $1,612.40 | $709.08 |
| May-08 | $23,479.50 | $1,612.40 | $352.19 |
| TOTAL | $117,397.50 | $8,062.00 | $6,267.93 |

TOTAL AMOUNT OWED          $131,727.43
CREDIT BALANCE                  $209.66

AMOUNT OWED AFTER CREDIT APPLIED    $131,517.77

```
Employer Number:  24254   MEADOWS DOOR INC
                          830 COMMERCE PARKWAY
                          CARPENTERSVILLE IL 60110

Current LD/IC Balance:     $877.04      Unapplied Credits:     $159.34

       Cont        Receipt   Receipt    Billed     Receipt    Balance    Original
       Mth.        Date      Number     Amount     Amount     Due        Receipt  Sts
       ----------  --------- --------   ---------  ---------  ---------  -------- --
 1)    12/2007     4/07/2008 176668     $877.04      $.00     $877.04    781407    O
```

nter Line Number:

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>MEADOWS DOOR, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)   CASE NO. 08-CV-3090<br>)<br>)   JUDGE COAR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1. I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2. I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.  I, David P. Lichtman, have devoted 10.6 hours in connection with the above-captioned case at the rate of $ 175.00 per hour. My total billings are $ 1,855.00.

5.  In addition, the filing fee was $350.00 and the fees for service of process were an additional $ 55.00. These costs total $ 405.00.

6.  I certify that the attached detailed attorney fees and costs totaling $ 2,260.00 were necessary and reasonable.

7.  Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Robert D. Gerstein, Registered Agent of Meadows Door Inc. at 707 Lake Cook Rd., Deerfield, IL 60015.


Dated: June 30, 2008


*David P. Lichtman* (signature)
David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

| 6/27/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 4:38 PM | Slip Listing | Page | 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 6/27/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7687/24254 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 358327    TIME<br>5/23/2008<br>Billed    G:73604    6/2/2008<br>Prepared summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7687/24254 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 358328    TIME<br>5/23/2008<br>Billed    G:73604    6/2/2008<br>Review referral from Trust funds on 05/19/08; prepare file; review corporate status and registered agent information for legal process. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 358329    TIME<br>5/23/2008<br>Billed    G:73604    6/2/2008<br>Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | CPW<br>Lexis<br>CTF-C./N7687/24254 | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~130.00~~<br>A@1 | ~~30.00~~ |
| 358478    TIME<br>5/28/2008<br>Billed    G:73604    6/2/2008<br>Telephone conference with Daniel McAnally and Robert Lid, Contract and Bonds Manager, regarding status of Advanced Weatherseal, Meadows Door Inc. and Meadows Garage Door. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358519    TIME<br>5/28/2008<br>Billed    G:73604    6/2/2008<br>Prepare correspondence to Trust Fund Manager James T. Rosemeyer regarding status of Advanced Weatherseal, inc. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

| 6/27/2008 | WHITFIELD, McGANN & KETTERMAN | | | |
|---|---|---|---|---|
| 4:38 PM | Slip Listing | | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 358527   TIME<br>5/29/2008<br>Billed   G:73604   6/2/2008<br>Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358528   TIME<br>5/29/2008<br>Billed   G:73604   6/2/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | DPL<br>Billable<br>CTF-C./N7687/24254 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 358529   TIME<br>5/29/2008<br>Billed   G:73604   6/2/2008<br>Revise and send correspondence to Trust Fund Manager James T. Rosemeyer regarding status of Advanced Weatherseal, Inc. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 359365   EXP<br>6/10/2008<br>WIP<br>FILING FEE (5/28/08) | CPW<br>$DC<br>CTF-C./N7687/24254 | 1 | 350.00 | 350.00 |
| 359513   TIME<br>6/11/2008<br>WIP<br>Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |

6/27/2008              WHITFIELD, McGANN & KETTERMAN
4:38 PM                       Slip Listing                      Page   3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 359514    TIME<br>6/11/2008<br>WIP<br>Prepare correspondence to Rich Oginski, Trust Fund Field Rep., regarding service of the complaint and summons. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 359515    TIME<br>6/11/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 360250    TIME<br>6/25/2008<br>WIP<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360306    TIME<br>6/26/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPL<br>Billable<br>CTF-C./N7687/24254 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 360383    TIME<br>6/27/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. | DPL<br>Billable<br>CTF-C./N7687/24254 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |

| 6/27/2008 | WHITFIELD, McGANN & KETTERMAN | | | |
|---|---|---|---|---|
| 4:38 PM | Slip Listing | | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Rul. Civ. P. 55 for failure to answer or otherwise plead. | | | | |
| 360384  TIME<br>6/27/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360386  TIME<br>6/27/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into themotion and judgment order; prepare the document for electronic filing. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 360387  TIME<br>6/27/2008<br>WIP<br>Prepare correspondence to Rich Oginski, Trust Fund Field Rep., regarding proceeding with the motion for default judgment. | DPL<br>Billable<br>CTF-C./N7687/24254 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| Grand Total | Billable<br>Unbillable<br>Total | ~~10.90~~<br>0.00<br>~~10.90~~ | | ~~2244.00~~<br>0.00<br>2244.00 |

*[Handwritten notations:]*

10.6 = $1,855

Cost - filing fee    350.00

SVC fees    55.00

Total    $2,260.00

**STERN PROCESS & INVESTIGATION, LLC**  Tax ID 04-3801615
205 W. RANDOLPH ST 730
CHICAGO, IL, 60606        Phone (312)-853-2150    Fax (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601        Phone: (312)-251-9700    Fax: (312)-251-9701

### Invoice#   187850

Date Of Invoice:   6/10/2008

Plaintiff: Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.
Court CaseID:   08CV3090     Firm#  N7687 DPL     Case Returned Date:   6/18/08
County:   UNITED STATES DISTRICT COURT
Process Server:   BARNETT S. KOLTON            ProcessType:   SUMMONS AND COMPLAINT

| Defendant:#1 | Meadows Door, Inc. | | | Type Of Service: | CORPORATE SERVICE | |
|---|---|---|---|---|---|---|
| Person Served: | ROBERT D. GERSTEIN (REGISTERED | | | Date Of Service: 6/9/2008 | | Time: 11:35 AM |
| Sex MALE | Age 51 | Height 5'9" | Build MEDIUM | Hair Color BLACK | | Race WHITE |

| Defendant:#2 | | | | Type Of Service: | | |
|---|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service: | | Time: |
| Sex | Age | Height | Build | Hair Color | | Race |

Location   707   Lake Cook Rd. , Deerfield, IL, 60015        Type Of Premise:   BUSINESS

| | | | | |
|---|---|---|---|---|
| Delivery Charge | $55.00 | Rush | | $0.00 |
| Bad Address | $0.00 | Filing | | $0.00 |
| No Contact | $0.00 | Investigation | | $0.00 |
| Database/Skip | $0.00 | Advanced fees | | $0.00 |
| | | **Total:** | | **$55.00** |
| Date Received | Check No | Amount Received | | $0.00 |
| | | Balance Due | | $55.00 |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
PAYABLE UPON RECEIPT, 2% PER MONTH