IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | )<br>)<br>)<br>)<br>)  CASE NO. 08-CV-3090<br>)<br>)  JUDGE COAR |
| Plaintiffs, | ) |
| v. | ) |
| MEADOWS DOOR, INC. | ) |
| Defendant. | ) |

**AMENDED**
**NOTICE OF MOTION**

To:   MEADOWS DOOR, INC.
       c/o Robert Gerstein, Registered Agent
       707 Lake Cook Rd.
       Deerfield, IL 60015

   PLEASE TAKE NOTICE that on **July 9, 2008** I shall appear before the Honorable Judge David H. Coar at approximately **9:00 a.m**. in Courtroom 1419 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                              TRUSTEES of the CHICAGO REGIONAL COUNCIL
                              OF CARPENTERS PENSION FUND, et al.

                              /s/  David P. Lichtman

**CERTIFICATE OF SERVICE**

   I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on July 2, 2008.
                              /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700  Fax (312) 251-9701
Attorney No. 6290051