# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3090 | **DATE** | 7/9/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO REGIONAL COUNCIL vs. MEADOWS DOOR | | |

**DOCKET ENTRY TEXT**

Enter judgment order. It is hereby ordered, adjudged and decreed that judgment is entered in behalf of the plaintiffs and against the defendant, Meadows Door, Inc., in the amount of $133,987.43.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | | Courtroom Deputy Initials: | TP |
|---|---|---|---|