

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL<br>COUNCIL OF CARPENTERS PENSION FUND,<br>CHICAGO REGIONAL COUNCIL OF<br>CARPENTERS WELFARE FUND, and CHICAGO<br>REGIONAL COUNCIL OF CARPENTERS<br>APPRENTICE & TRAINEE PROGRAM FUND, | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | CASE NO. 08-CV-3090 |
| Plaintiffs, | )<br>)<br>) | JUDGE COAR |
| v. | )<br>) | |
| MEADOWS DOOR, INC., | )<br>) | |
| Defendant. | ) | |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on May 28, 2008 and the Defendant was

personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a

default is hereby entered against the Defendant in accordance with the prayer of the Complaint in

the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in

behalf of the Plaintiffs and against the Defendant, MEADOWS DOOR, INC., in the sum of

$ 133,987.43 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (01/2008 – 05/2008) | $ 117,397.50 |
| b) | Liquidated Damages (12/2007 – 05/2008) | $ 6,267.93 |
| c) | Dues 01/2008 – 05/2008) | $ 8,062.00 |
| d) | Attorney Fees and Costs | $ 2260.00 |

**TOTAL**                                                    **$ 133,987.43**

ENTERED:

_____

JUDGE DAVID H. COAR
UNITED STATES DISTRICT JUDGE

DATED: ___7/9/08_____