IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>    Judgment Creditor,<br><br>v.<br><br>MEADOWS DOOR, INC.,<br><br>    Judgment Debtor,<br><br>NORTH SHORE COMMUNITY BANK,<br><br>    Citation Respondent. | CASE NO. 08-CV-3090<br><br>JUDGE COAR |

### AGREED ORDER OF TURN OVER AND DISMISSAL OF CITATION

To: North Shore Community Bank
   c/o David M. Stein, Esq.
   541 N. Fairbanks Court, Suite 2121
   Chicago, IL 60611
   Fax No. (808) 532-8844

  The Judgment Creditors, by their attorney, David P. Lichtman, and the Judgment Debtors, MEADOWS DOOR, INC., by its Officer, Pat Higgins, hereby agree that North Shore Community Bank turn over to the Judgment Creditors the sum of $13,485.43 held by North Shore Community Bank pursuant to a citation to discover assets previously served on North Shore Community Bank.

  Upon turn over of the funds, this Agreed Order will serve to terminate and release the citation proceeding as to North Shore Community Bank and further authorize North Shore Community Bank to lift the freeze on all accounts of Meadows Door, Inc.

By: _____
David P. Lichtman
Attorney for Judgment Creditor

Date: 8-25-08

By: _____
Pat Higgins, Officer
Meadows Door, Inc.

Date: 9-22-08