IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) ) | CASE NO. 08-CV-3090 |
| Plaintiffs, | ) ) | JUDGE COAR |
| v. | ) ) | |
| MEADOWS DOOR, INC. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING

To:    North Shore Community Bank
       c/o David M. Stein, Esq.
       541 N. Fairbanks Court, Suite 2121
       Chicago, IL  60611

**PLEASE TAKE NOTICE** that on August 25, 2008 I caused to be filed at the United States District Court, Eastern Division, 209 S. Dearborn St., Chicago, Illinois 60604 an *Agreed Order of Turn Over and Dismissal of Citation*, a copy of which is herewith served upon you.

                                              Respectfully Submitted

                                              /s/ David P. Lichtman
                                              One of the attorneys for Plaintiffs

Terrance B. McGann  (6199967)
Travis J. Ketterman (6237433)
Gregory N. Freerksen  (0874612)
Karen M. Rioux (6279378)
WHITFIELD McGANN & KETTERMAN
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700  Fax (312) 251-9701
tmcgann@whitfield-mcgann.com

## **CERTIFICATE OF SERVICE**

      I, David P. Lichtman, being first duly sworn under oath, deposes and states that I served a true and correct copy of the above by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on August 25, 2008.

                        /s/ David P. Lichtman